IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY LEE PATMON, | ) | 8:14CV420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| STATE OF NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, RANDY T. KOHL, GARY HUSTAD, and JON BRUNING, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This case is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

DATED this 19th day of March, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge